IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUASHAWN PACLEY | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | Docket No. 1:21-cv-309 |
| SERGEANT STEVEN DELUCA | ) | |
| *Defendants*. | ) | **JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED R. CIV. P. 41(a)**

Plaintiff QUASHAWN PACLEY, by his attorneys at the Mizner Law Firm, files this Notice of Voluntary Dismissal pursuant to F.R.Civ.P 41(a)(1)(i), as the Defendant has not filed either an Answer or a dispositive motion.

Respectfully submitted,

MIZNER LAW FIRM

By: /s/ John F. Mizner

PA Supreme Court ID 53323
John F. Mizner
jfm@miznerfirm.com

PA Supreme Court ID 322823
Joseph Caulfield
jpc@miznerfirm.com

311 West Sixth Street
Erie, Pennsylvania 16507
(814) 454-3889

*Attorney for the Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUASHAWN PACLEY ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | Docket No. 1:21-cv-309 |
| SERGEANT STEVEN DELUCA ) | |
| *Defendants.* ) | **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties who have appeared of record by operation of the Courts ECF system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Those parties may access this filing through the courts ECF system.

/s/ John F. Mizner
John F. Mizner